# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:

DESIGNATION OF CHAIR AND VICE-
CHAIR OF THE APPELLATE COURT
PROCEDURAL RULES COMMITTEE

: NO. 268
:
:
: APPELLATE COURT RULES DOCKET
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2017, the Honorable Patricia A. McCullough is hereby designated as Chair, and Robert M. Palumbos, Esquire, is designated as Vice-Chair, of the Appellate Court Procedural Rules Committee, commencing June 30, 2017.